IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

**JOHN DOE**                                                               **PLAINTIFF**

v.                                                        CASE NO. 3:21-CV-201-DPJ-FKB

**UNIVERSITY OF MISSISSIPPI, et al.**                          **DEFENDANTS**

**PLAINTIFF'S OBJECTION TO MAGISTRATE JUDGE ORDER [29]
DENYING MOTION TO APPEAR PRO HAC VICE AND GRANTING
<u>MOTION TO DISQUALIFY PLAINTIFF'S NON-RESIDENT COUNSEL</u>**

Plaintiff hereby objects to the magistrate judge's order entered on May 25, 2021. Docket 29. For the reasons articulated in the accompanying memorandum, Plaintiff respectfully requests that this honorable Court reverse the magistrate judge's order and deny Defendants' motion to disqualify Plaintiff's non-resident counsel.

In support of this motion, Plaintiff submits the following exhibits.

Exhibit 1: Screenshot from the Case Management/Electronic Case Filing System

Exhibit 2: Declaration of Joel Dillard

Exhibit 3: Administrative Procedures for Electronic Case Filing

Respectfully submitted on June 7, 2021,

                                                          */s/ Joel Dillard*
                                                          Joel Dillard (MSB No. 104202)
                                                          JOEL F. DILLARD, P.A.
                                                          775 North Congress Street
                                                          Jackson, Mississippi 39202
                                                          (601) 509-1372, ext. 2
                                                          joel@joeldillard.com

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing was served via the Case Management/Electronic Case Filing system on the following counsel of record:

J. Cal Mayo, Jr.
cmayo@mayomallette.com
kwest@mayomallette.com
ldanford@mayomallette.com
lthomas@mayomallette.com

John Andrew Mauldin
dmauldin@mayomallette.com
kwest@mayomallette.com,
ldanford@mayomallette.com
lthomas@mayomallette.com

Paul B. Watkins, Jr.
pwatkins@mayomallette.com
kwest@mayomallette.com
ldanford@mayomallette.com
lthomas@mayomallette.com

DATE: June 7, 2021                                  */s/ Joel Dillard*
                                                     Joel Dillard