IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT COURT OF MISSISSIPPI
NORTHERN DIVISION

**JOHN DOE**                                                                                           **PLAINTIFF**

**v.**                                                                                    **CASE NO. 3:21-cv-201-DPJ-FKB**

**UNIVERSITY OF MISSISSIPPI, et al.**                                         **DEFENDANTS**

**MOTION TO INDIVIDUALLY WITHDRAW AS COUNSEL**

Jay Kucia, individually, files this Motion to Withdraw as one of the attorneys for Plaintiff John Doe and states as follows:

1. Joel Dillard of Joel F. Dillard, P.A., and Michelle Blaylock Owens of Agee Owens, LLC, are currently counsel of record for Plaintiff John Doe.

2. On August 5, 2022, Jay Kucia will be leaving the firm of Joel F. Dillard, P.A., for other employment.

3. Plaintiff John Doe will continue to be represented by Joel Dillard and the law firm of Joel F. Dillard, P.A., and Michelle Blaylock Owens and the law firm of Agee Owens, LLC, following Jay Kucia's departure.

4. Jay Kucia's withdrawal as counsel of record in this matter will not unreasonably delay the case or prejudice the parties in any manner.

WHEREFORE, PREMISES CONSIDERED, Jay Kucia respectfully requests the Court to enter an Order permitting his withdrawal as counsel of record for Plaintiff John Doe.

Respectfully submitted on July 28, 2022,

/s/ Jay Kucia
Jay Kucia (MSB No. 106123)
JOEL F. DILLARD, P.A.
775 North Congress Street
Jackson, Mississippi 39202
(601) 509-1372, ext. 1
jay@joeldillard.com

1

## **CERTIFICATE OF SERVICE**

I hereby certify that, on July 28, 2022, the foregoing was served today by ECF on counsel for Defendants as follows:

**John Andrew Mauldin**
MAYO MALLETTE PLLC
5 University Office Park
2094 Old Taylor Road
Suite 200
Oxford, MS 38655
662-236-0055
662-236-0035 (fax)
dmauldin@mayomallette.com

**J. Cal Mayo, Jr.**
MAYO MALLETTE PLLC
5 University Office Park
2094 Old Taylor Road
Suite 200
Oxford, MS 38655
662-236-0055
662-236-0035 (fax)
cmayo@mayomallette.com

**Paul B. Watkins, Jr.**
MAYO MALLETTE PLLC
5 University Office Park
2094 Old Taylor Road
Suite 200
Oxford, MS 38655
662-236-0055
662-236-0035 (fax)
pwatkins@mayomallette.com

**Breanna F.G. Young**
MAYO MALLETTE, PLLC - Jackson
4400 Old Canton Road, Suite 150
Jackson, MS 39211
601-487-4405
662-236-0035 (fax)
byoung@mayomallette.com

*/s/ Jay Kucia*
Jay Kucia