IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT COURT OF MISSISSIPPI
NORTHERN DIVISION

**JOHN DOE**                                                                            **PLAINTIFF**

**V.**                                          **CIVIL ACTION NO. 3:21-cv-201-DJP-FKB**

**UNIVERSITY OF MISSISSIPPI**                                       **DEFENDANTS**
**MEDICAL CENTER, et al.**

### NOTICE OF SERVICE

Notice is hereby given that I served a copy of the Court's Order (Doc. 71) granting my and Michelle Owens' Motion to withdraw as counsel of record to Plaintiff, John Doe, via Certified Mail/Return Receipt Requested No. 7020 2450 0002 0532 9225, on December 1, 2023.

This, the 1st day of December, 2023.

                                                     Respectfully submitted,

                                                     /s/ Joel F. Dillard
                                                     Joel F. Dillard

Joel F. Dillard (MSB No. 104202)
Joel Dillard, P.A.
775 N. Congress Street
Jackson, MS 39202
(601) 509-1372, ext.2
joel@joeldillard.com