UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

JOHN DOE                                                                                              PLAINTIFF

V.                                                                  CIVIL ACTION NO. 3:21-CV-201-DPJ-ASH

UNIVERSITY OF MISSISSIPPI MEDICAL CENTER, ET AL.                          DEFENDANTS

ORDER

Plaintiff's motion to withdraw suit [81], based on his inability to secure counsel and his decision not to proceed pro se, is granted.

This action is dismissed. A separate judgment will be entered as required by Federal Rule of Civil Procedure 58.

**SO ORDERED AND ADJUDGED** this the 22nd day of April, 2024.

s/ *Daniel P. Jordan III*
CHIEF UNITED STATES DISTRICT JUDGE