UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

JOHN DOE                                                                                           PLAINTIFF

V.                                                          CIVIL ACTION NO. 3:21-CV-201-DPJ-ASH

UNIVERSITY OF MISSISSIPPI MEDICAL CENTER, ET AL.                    DEFENDANTS

JUDGMENT

For the reasons stated in the Order entered this date, this action is dismissed.

**SO ORDERED AND ADJUDGED** this the 22nd day of April, 2024.

                                                            s/ *Daniel P. Jordan III*
                                                            CHIEF UNITED STATES DISTRICT JUDGE